UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN ANDERSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>JEFFREY UTTECHT; MAURO PARTIDA; and LORI WONDERS,<br><br>                    Defendants. | NO:  CV-13-5144-RMP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

BEFORE THE COURT is a Motion for Reconsideration filed by Plaintiff Kevin Anderson, ECF No. 22.  Mr. Anderson asks this Court to reconsider its prior Order dismissing his complaint, ECF No. 21.  Mr. Anderson is appearing in this case *pro se*.  The Motion was heard without oral argument.

A motion for reconsideration may be granted where the Court's prior decision was clearly erroneous, an intervening change in the law has occurred, other changed circumstances exist, or manifest injustice would otherwise result if reconsideration were not granted.  *See, e.g.*, *Thomas v. Bible*, 983 F.2d 152, 155

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

(9th Cir. 1993). Mr. Anderson's motion for reconsideration merely restates the arguments that he made in opposition to the motion to dismiss and which the Court rejected in its Order granting dismissal of the complaint. Mr. Anderson has not demonstrated that the Court's prior decision was clearly erroneous or that manifest injustice would result if reconsideration were not granted.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Kevin Anderson's Motion for Reconsideration, **ECF No. 22**, is **DENIED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies of this Order to counsel and *pro se* Plaintiff.

**DATED** this 25th day of August 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge